JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN AVILA,<br><br>    Petitioner,<br><br>    v.<br><br>AMY MILLER, Warden,<br><br>    Respondent. | Case No. ED CV 14-2418 SJO (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 13, 2017

*/s/ S. James Otero*

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE